AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2018

SEAN F. McAVOY, CLERK

B.L., a minor, by and through Kevin Landdeck, his parent and guardian,

*Plaintiff*

v.

Tonasket School District; James Caddy; Steve McCullough, in his official capacity; Kevin Terris, in his official capacity; Lloyd Caton, in his official capacity; Catherine Stangland, in her official capacity; Joyce Fancher, in her official capacity; Ernesto Cerrillo, in his official capacity; Jerry Asmussen, in his official capacity,

*Defendant*

Civil Action No. 2:18-CV-00085-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's complaint is dismissed without prejudice and judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a motion for dismissal under Rule 12(b)(6).

Date: 06/04/2018

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas